UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | CR421-073-2 |
| ROBERT STEPHENS, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 28, 2021, the Court ordered a psychological examination of Defendant Robert Stephens, in accordance with 18 U.S.C. § 4241(a) and (b), to assess both his mental competency for trial and his criminal responsibility for the charged offense. *See generally* doc. 59. He has since had a comprehensive psychological evaluation at the Metropolitan Detention Center in Los Angeles, California. *See generally* doc. 66. His evaluators found that he is competent to stand trial. *Id.* at 29.[1]

---

[1] The evaluators recommended that any question of his criminal responsibility for the charged offense "be addressed after [his] competency to stand trial has been established." Doc. 66-1 at 7.

Both Defendant and the Government stipulate to the report's findings. Doc. 72 (Defendant's Notice of Stipulation); doc. 76 (Government's oral motion to join Defendant's stipulation). Based on the information in the report, doc. 66, and testimony received at a hearing, doc. 81 (Minute Entry), the Court concurs with the report's unrebutted findings and concludes that Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial. It is therefore **RECOMMENDED** that he be found competent to stand trial pursuant to 18 U.S.C. § 4241.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The

district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

SO **REPORTED** and **RECOMMENDED**, this 17th day of May, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia