**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

ROBERT STEPHENS,

    Defendant.

CASE NO.: 4:21-cr-73

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 17, 2022, Report and Recommendation, (doc. 82), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 82), as the opinion of the Court. Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 15th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA